**Order filed April 14, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00221-CV
_____

**BANDALI DAHDAH, Appellant**

**V.**

**NADIM ZABNEH, BASIMA ZABANEH, MICHAEL BALLASES, Appellees**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2015-62064**

## ORDER

Appellant filed a notice of appeal in this case purporting to appeal the trial court's order to pay costs in trial court cause number 2015-62064. Our records do not reflect a final appealable judgment in cause number 2015-62064.

The clerk's record has not been filed in this appeal. To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled

to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **May 16, 2016.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.


PER CURIAM